1

# ORIGINAL

2

3

4



5

6

7

8

9

10

11

12        **UNITED STATES DISTRICT COURT**

13        **SOUTHERN DISTRICT OF CALIFORNIA**

14

15   UNITED STATES OF AMERICA,                )
                                              ) Cr. No.  07-0942GT
16              Plaintiff,                     )
                                              )
17              v.                             ) **ORDER**
                                              )
18   MARCO GOMEZ-QUINTERO,                     )
                                              )
19              Defendant.                     )
                                              )

20

21          On February 5, 2008, defense counsel for Marco Gomez-Quintero electronically filed Motion

22   for Specific Performance of the Plea Agreement.   The hearing date for the sentencing was set for

23   February 8, 2008.  Under the Local Rules, all criminal motions and objections must be filed at least

24   14 days prior to the hearing date.  With the commencement of the electronic filing system, all

25   attorneys were put on an "honor system" whereby they were not to file late motions or objections

26   without explicit leave of the Court. Defense counsel did file a Motion to Shorten Time.  However,

27   the Court deems that the Motion for Specific Performance is too late. Accordingly,

28   //

1    **IT IS ORDERED** that Defendant's Motions are to be stricken from the record and deemed

2    not filed.

3    **IT IS SO ORDERED.**

4

5

6    2 - 6 - 08
     date

7                              GORDON THOMPSON, JR.
                               United States District Judge

8    cc:  All counsel and parties without counsel

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

07CR0942